**Order entered September 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00885-CV

**MIKE AVERETT, ET AL., Appellants**

**V.**

**CAPX REALTY, LLC, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00950**

## ORDER

The Court has before it appellee's September 18, 2013 unopposed motion for extension of time to file appellee's brief. The Court **GRANTS** the motion and **ORDERS** appellee to file its brief by October 28, 2013.

/s/      ELIZABETH LANG-MIERS
            JUSTICE